UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

    Eugene A. Unser, Jr., aka Gene A. Unser aka Gene A. Unser, Jr aka Geno A. Unser, Jr aka Geno A. Unser and Yvette E. Unser, aka Yvette E. Smith aka Yvette E. Burda aka Yvette E. Smith-Burda,

                    DEBTOR(S).
-------------------------------------------------------X

CASE NO.: 10-11319-rel
Chapter: 13

JUDGE: ROBERT E. LITTLEFIELD, JR.

RECEIVED
OCT 12 2010
OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

## ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

Upon the Application (the "Application") of US Bank, N.A. (the "Movant"), through its attorneys, Rosicki, Rosicki & Associates, P.C., for relief from the automatic stay, it is hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) (1) as to Movant and its successors and/or assigns' lien interest in the property known as 104 Shuttle Worth Ave, Hagaman, NY 12086, and it is further,

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001 (a) (3) is waived and this order is effective upon the signing of this order.

Dated: OCT 1 3 2010, 2010
Albany, New York

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge

RECEIVED & FILED
OCT 13 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

    Eugene A. Unser, Jr., aka Gene A.
Unser aka Gene A. Unser, Jr aka Geno A.
Unser, Jr aka Geno A. Unser and Yvette
E. Unser, aka Yvette E. Smith aka Yvette
E. Burda aka Yvette E. Smith-Burda,

                DEBTOR,
-------------------------------------------------------X

## ORDER MODIFYING AND TERMINATING AUTOMATIC STAY

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
**Attorneys for Movant**
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

RECEIVED & FILED
OCT 1 3 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY